# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| MICHAEL DEREK COMPTON, individually and on behalf of similarly situated persons, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:20-cv-00073 |
| NORTH CENTRAL VIRGINIA RESTAURANTS, INC. d/b/a "Papa John's Pizza," | ) ) ) ) ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR RELIEF FROM ORDER

COME NOW the Parties, jointly and through the undersigned counsel, and for their Joint Notice of Settlement and Request for Relief from Order, state as follows:

1. On December 16, 2021, the parties reached an agreement on key settlement terms. They intend to incorporate those terms into a formal settlement agreement and move for preliminary settlement approval in a reasonably prompt fashion. That process will include seeking the Court's approval of a new notice of settlement and associated rights / options.

2. To avoid the duplicative notice and resulting confusion, the parties jointly request that Plaintiffs' counsel be relieved of the duty to disseminate notice of class certification previously approved by the Court until the court has approved a combined notice of class certification and settlement. This will eliminate the time, effort and expense of duplicative efforts, and will avoid any confusion inherent in dissemination of two somewhat similar and overlapping notices mailed relatively close in time.

WHEREFORE, the parties jointly move the Court to issue an Order relieving Plaintiffs' counsel of the duty to disseminate notice of class certification until the Court has approved a combined notice of class certification and settlement.

Dated: December 23, 2021				Respectfully submitted,

**LAW OFFICES OF CARY POWELL MOSELY, PLLC**
Cary Powell Moseley (VSB # 33763)
401 Otey Street
Bedford, Virginia 24523
Telephone: (540) 583-5362
cary@carymoseley.com

**WEINHAUS & POTASHNICK**
*/s/ Mark Potashnick*
Mark A. Potashnick (MO Bar 41315)
*Pro Hac Vice*
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150
markp@wp-attorneys.com

**DOLLEY LAW, LLC**
Kevin J. Dolley (MO Bar 54132)
*Pro Hac Vice*
12977 N. Outer Forty Drive, Suite 230
St. Louis, Missouri 63141
Telephone: (314) 645-4100
kevin@dolleylaw.com

*ATTORNEYS FOR PLAINTIFF*

**ECCLESTON & WOLF**
William L. Mitchell (VSB # #48585)
Michelle Benitez Jessee (VSB # 80125)
*/s/ William Mitchell*
10400 Eaton Place, Suite 107
Fairfax, Virginia 22030
Telephone: (703) 218-5330
wmitchell@ewva.com
jessee@ewva.com

*ATTORNEYS FOR DEFENDANT*